(COB #236 voReopenCase_DE)(07/08)

# IN THE UNITED STATES BANKRUPTCY COURT
**District of Colorado**,
HONORABLE Howard R. Tallman

In re:

Drew Josiah Davidson

Debtor(s)

Case No.:  12−28868−HRT
Chapter:  7

## ORDER REOPENING CASE

This matter comes before the Court on the Debtor's(s') Motion to Reopen Case to Allow for Filing of the Post Petition Financial Management Certificate.

The Court, has reviewed the Debtor's(s') Motion and the within case file. The Court finds that the Debtor(s) has/have paid the required Motion to Reopen filing fee. Accordingly, it is

ORDERED that the Debtor's(s') Motion to Reopen Case filed on 4/10/2013 is hereby Granted and the within case is hereby REOPENED.

FURTHER ORDERED that if the Financial Management Certificate has not already been filed, the Debtor's(s') shall file it with the Court within fourteen (14) days of the date of this order.

IT IS FURTHER ORDERED that *once the Financial Management Certificate has been filed and the associated filing fee has been paid*, the Clerk of the Court shall enter the Discharge of Debtor(s) and, thereafter, close the case in the ordinary course.

Dated:  4/11/13

BY THE COURT:

s/ Howard R. Tallman
Chief United States Bankruptcy Judge